Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  21−19243−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Khadijah Ameenah Ismael
   6 Granite Road
   Hightstown, NJ 08520

Social Security No.:
   xxx−xx−4125

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 23, 2022.

Dated: February 23, 2022
JAN: rms

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-19243-CMG

Khadijah Ameenah Ismael  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Feb 23, 2022  Form ID: plncf13  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Khadijah Ameenah Ismael, 6 Granite Road, Hightstown, NJ 08520-3045 |
| cr | + | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 519451851 | | Buckalew Frizzell & Crevina LLP, Heritage Plaza I, 56 Harristown Rd, Ste 205, Glen Rock, NJ 07452 |
| 519451856 | + | LVNV Funding LLC, PO Box 15298, Wilmington, DE 19850-5298 |
| 519504494 | + | Public Service Gas and Electric, 80 Park Plaza, Newark, NJ 07102-4109 |
| 519451860 | + | SN Servicing Crop, 323 5th St, Eureka, CA 95501-0305 |
| 519451861 | + | Stonegate HOA Inc, C/O RCP Management Company, 2 Commerce Dr., Ste 101, Cranbury, NJ 08512-3501 |
| 519497671 | + | Stonegate HOA, Inc., c/o Buckalew Frizzell & Crevina, LLP, Heritage Plaza I, 55 Harristown Rd., Ste 205, Glen Rock, NJ 07452-3303 |
| 519501098 | + | US Bank Trust National Association as, Trustee of the Bungalow Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2022 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2022 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519451852 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 23 2022 21:02:57 | CC Holdings/CardMember Services, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519451853 | + | Email/Text: clientservices@credit-control.com | Feb 23 2022 20:57:00 | Credit Control LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 519451854 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2022 21:03:49 | Credit One Bank, Attn: Bankruptcy Dept, 585 Pilot Rd, Las Vegas, NV 89119-3619 |
| 519451857 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2022 21:03:53 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519470152 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2022 20:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519451855 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 23 2022 21:03:07 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519454709 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519463521 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 23 2022 21:03:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519451858 | + | Email/PDF: pa_dc_claims@navient.com | Feb 23 2022 21:03:04 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519463934 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 23 2022 20:56:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, |

Case 21-19243-MEH    Doc 26    Filed 02/25/22    Entered 02/26/22 00:19:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: plncf13 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | WI 53708-8961 |
| 519493083 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2022 20:57:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519451859 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:26 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519493671 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2022 21:04:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519451862 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2022 20:56:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 519451863 | + | Email/Text: bankruptcy@webbank.com | Feb 23 2022 20:57:00 | WebBank, Attn: Bankruptcy Department, 215 State Street, Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Stonegate HOA, Inc., c/o Buckalew Frizzell & Crevina, LLC, Heritage Plaza I, 55 Harristown Rd., Ste 205, Glen Rock, NJ 07452-3303 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| David George Frizzell, I | on behalf of Creditor Stonegate HOA Inc. dfrizzell@lawnj.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust, bankruptcy@friedmanvartolo.com |
| Scott J. Goldstein | on behalf of Debtor Khadijah Ameenah Ismael sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6